No. 416, Misc. MARSH v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 443, Misc. DE JORDAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆▆

No. 466, Misc. DARANOWICH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Roman Beck* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 469, Misc. IN RE PHYLE. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner.

No. 493, Misc. CALVIN v. ANDERSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert H. McNeill* and *Thomas B. Fuller* for petitioner. *Austin F. Canfield* for respondents.

No. 498, Misc. DOCKERY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆

No. 508, Misc. HUDSPETH ET AL. v. HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆

No. 513, Misc. SIMMONS v. NEW YORK. Court of Appeals of New York. Certiorari denied.